

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 04, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RANCH 967 LLC | § | CASE NO. 15-10314 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| | § | |
| ROCKAFELLOW INVESTMENTS, LLC, | § | |
| JODY WINGROVE, JASON PARRISH, | § | |
| ALLISON GERMER BURAS, GERMER | § | |
| PROPERTIES LLC, AND EQUITY TRUST | § | |
| COMPANY CUSTODIAN FBO LAWRENCE J. | § | |
| GERMER IRA, | § | |
| | § | |
| MOVANTS | § | |
| | § | |
| VS. | § | |
| | § | |
| RANCH 967 LLC | § | |
| | § | |
| RESPONDENT | § | |

**ORDER GRANTING MOTION FOR AN ORDER DECLARING THAT THE RANCH
967 LLC BANKRUPTCY CASE IS A SINGLE ASSET
<u>REAL ESTATE PROCEEDING SUBJECT TO 11 U.S.C. §362(d)(3)</u>**

On April 7, 2015, the Motion of ROCKAFELLOW INVESTMENTS, LLC, A TEXAS

LIMITED LIABILITY COMPANY, JODY WINGROVE, JASON PARRISH, ALLISON GERMER BURAS, GERMER PROPERTIES LLC, AND EQUITY TRUST COMPANY CUSTODIAN FBO LAWRENCE J. GERMER IRA for an Order Declaring that the RANCH 967 LLC Bankruptcy Case is a Single Asset Real Estate Proceeding Subject to 11 U.S.C. § 362(d)(3) [Docket No. _____] (the "Motion") was filed in the above referenced proceeding. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language, pursuant to Local Bankruptcy Procedure, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order: (1) this Court has jurisdiction pursuant to 28 U.S.C. § 1334 and that this matter is a core proceeding under 28 U.S.C. §157(b); (2) Notice of the Motion was proper and adequate, and that no further notice is necessary; (3) the Motion is well taken and should be granted; and (4) the Court approves the terms of this Order.

    IT IS THEREFORE ORDERED that the Motion is GRANTED;

    IT IS FURTHER ORDERED that the RANCH 967 LLC bankruptcy proceeding, Case No. 15-10314, is hereby declared a single asset real estate bankruptcy proceeding pursuant to 11 U.S.C. § 101(51B) and 11 U.S.C. § 362(d)(3);

    IT IS FURTHER ORDERED that RANCH 967 LLC, the Debtor in Bankruptcy Case No. 15-10314, is subject to all requirements and deadlines specified in 11 U.S.C. § 362(d)(3).

IT IS SO ORDERED.

###

PREPARED BY:

/s/ Gary W. Coker
GARY W. COKER
Attorney for Movant
Germer PLLC
P.O. Box 4915
Beaumont, Texas 77704
(409) 654-6700
(409) 835-2115 Fax
TBA No. 04526000